UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Samuel Callantine,<br><br>    Plaintiff,<br><br>v.<br><br>Medicredit, Inc.,<br><br>    Defendant. | Case No.  3:15-cv-00620-PPS-JEM<br><br>Judge:  Philip P. Simon<br><br>Magistrate Judge:  John E. Martin<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        Hyslip & Taylor, LLC, LPA

Date: May 20, 2016        By: /s/ David M. Menditto
        David M. Menditto
        1100 W. Cermak Rd., Suite B410
        Chicago, IL  60608
        Phone: 312-380-6110
        Fax: 312-361-3509
        Email: davidm@fairdebt411.com
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Patrick McLaughlin, Esq.
Spencer Fane, LLP
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
pmclaughlin@spencerfane.com

*Attorney for Defendant*

/s/ David M. Menditto