# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| SAMUEL CALLANTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:15CV620-PPS |
| | ) | |
| MEDICREDIT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Samuel Callantine's Notice of Voluntary Dismissal [DE 8] is **SO ORDERED**, and this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED**.

**ENTERED**: May 23, 2016

                                                 s/ Philip P. Simon
                                                CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT